IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| FELENTHEAN GRABLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 324-019 |
| ) | |
| TYRONE OLIVER, Commissioner of GDC; ) | |
| ANDREW MCFARLANE, Warden of Telfair ) | |
| State Prison; and VERONICA STEWART, ) | |
| Deputy Warden of Security, ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 5.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis*, (doc. no. 2), **DISMISSES** this action without prejudice, and **CLOSES** this civil action. If Plaintiff wishes to proceed with the claims raised in this case, he should be required to initiate a new lawsuit, which would require submission of a new complaint. See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 26th day of April, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE